| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Longsworth<br>Special Agent: H. Dann Harris | Telephone: (810) 766-5177<br>Telephone: (810) 239-5775 | |

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Terry S. Boven | Case: 4:22-mj-30008<br>Judge: Ivy, Curtis<br>Filed: 01-06-2022<br>SEALED MATTER (kcm) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 14, 2021__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) | Distribution of methamphetamine |

This criminal complaint is based on these facts:

That on December 14, 2021, in the Eastern District of Michigan, Terry Boven knowingly distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 18 U.S.C. §§ 841 (a)(1) and (b)(1)(A)(viii).

☑ Continued on the attached sheet.

_____
Complainant's signature

H. Dann Harris, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: 1/6/2022

_____
Judge's signature

City and state: Flint, MI

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent H. Dann Harris II, being first duly sworn, hereby depose and state as follows:

## *Introduction*

1.  I make this affidavit in support of a complaint and arrest warrant for Terry S. Boven (DOB: xx/xx/1985) for distributing methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii), in the Eastern District of Michigan, on or about December 14, 2021.

2.  I am a Special Agent with the Federal Bureau of Investigation, and have been since September 7, 2003. I received specialized training at the FBI Academy during New Agent Training. Additionally, throughout my career, I have received additional training pertinent to gang, violent crime, drug and financial crimes investigations. As a Special Agent, I have been the case agent of many street gang investigations, drug trafficking investigations, violent crime investigations, and many other types of cases.  I have also been involved in both real-time and historical cellular phone tracking and the use of other technical tools in investigations.

3.  The facts in this affidavit are based on my personal knowledge and observations, my review of law enforcement reports, communications with others

who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included all facts known to me concerning this investigation.

### *Probable Cause*

4. I, along with other law enforcement agents, have investigated Terry Boven for distributing crystal methamphetamine, a schedule II controlled substance, during the fall and winter of 2021.

5. On December 14, 2021, law enforcement officers made a controlled purchase of about two pounds of suspected methamphetamine from Boven in Mount Morris, Michigan. A police officer, acting in an undercover capacity, arranged for the purchase of and received the methamphetamine from Boven directly. The undercover officer (UO) was assigned to the Flint Area Narcotics Group (FANG).

6. On this same day, the UO contacted Boven via text message and requested two pounds of crystal methamphetamine. Boven responded by inquiring whether the UO wanted ten pounds of crystal methamphetamine. The UO declined, informing Boven that he did not have enough money for that much larger amount. The UO and Boven agreed on a price of $8,000.00 United States currency for the two pounds of crystal methamphetamine.

7. Boven then instructed the UO to proceed to a location that they had met at previously, which was 4314 West Mount Morris Road in Mount Morris. Boven indicated to the UO that he needed about an hour before meeting up.

8. Upon confirming that a controlled purchase was imminent, law enforcement officers surveilled Boven, observing him traveling to the pre-determined location on West Mount Morris Road. After Boven arrived, the UO received a text message from Boven to "come on," which the UO understood, from a previous controlled purchase, that he was to follow Boven to another location. The UO followed Boven on Mount Morris Road, south on Linden Road, and then west on Stanley Road. The UO noticed that Boven stopped his car, so the UO parked in front of Boven's car. This location is in the Eastern District of Michigan.

9. The UO then exited his car and approached Boven on foot, who was still in his car. Boven then provided to the UO a Kroger grocery bag, which contained two Zip-Lock style plastic baggies with substances inside them that appeared consistent with methamphetamine. Boven said, "it's all there." The UO, in turn, provided Boven $8,000 of pre-recorded cash. Both Boven and the UO then departed the area in their separate cars.

10. The UO later weighed the two baggies containing the suspected methamphetamine on a scale at FANG offices. The combined weight was about 925 grams. The UO also field-tested a portion of the substances in both baggies

using the TruNarc system. The substances in both baggies gave a positive indication for the presence of methamphetamine.

### *Conclusion*

11.   Based upon the facts stated above, there is probable cause to believe that on December 14, 2021, in the Eastern District of Michigan, Terry Boven knowingly distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 18 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

Respectfully submitted,

_____
H. Dann Harris, II
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 6th day of January, 2022

_____
Curtis Ivy, Jr.
United States Magistrate Judge